May 20, 1983.

460 A.2d 855

Cinema Service, Appellant v. Edbee.

Cinema Service v. Edbee, Appellant.

Petition for Allowance of Appeal
Denied Sept. 30, 1983.

Before HESTER, BECK and VAN der VOORT, JJ.

Affirmed.